Order entered November 8 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

KEITH BRONSHA PAUL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F11-41122-Y, F10-42448-Y

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE